**FILED**

04/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0187

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0187

IN THE MATTER OF

L.A.W.,

    A Youth in Need of Care.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, A.R.S., is granted an extension of time until June 26, 2023 to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2023

Grant of Extension of Time

PAGE 1